WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Pamela Pauline Jones,<br><br>    Defendant. | CR14-08228-001-PCT-JAB<br><br>**ORDER** |

The defendant appeared in court and admitted to violating her conditions of supervised released as alleged in Paragraph C of the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SIXTEEN (16) DAYS**, in addition to any time already served.

IT IS FURTHER ORDERED that Paragraph A and B are DISMISSED.

Dated this 19th day of February, 2016.

John A. Buttrick
U.S. Magistrate Judge